LISA E.G. et al., as Parents and Natural Guardians of the Person and Property of JENNIFER G., an Infant, Appellants, v THE GENESEE HOSPITAL et al., Respondents.

Submitted July 21, 2008; decided September 16, 2008

Motion, insofar as it seeks leave to appeal against defendants Karin R. Dickinson, M.D., and Genesee Valley Obstetrics & Gynecology, P.C., dismissed upon the ground that as to those parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

LOMBARD & CO., INC., Respondent, v GERMAN DE LA ROCHE, Appellant.

Submitted June 2, 2008; decided September 16, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MAINLINE ELECTRIC CORP., Respondent, v EAST QUOGUE UNION FREE SCHOOL DISTRICT, Appellant.

Submitted July 21, 2008; decided September 16, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.